Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−25087−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carla M. Scardecchio
   1202 Cherrywood Apartments
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−1155

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 5, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                             Case No. 17-25087-JNP
Carla M. Scardecchio                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 1                  Date Rcvd: Jan 05, 2018
                               Form ID: 148                Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             Carla M. Scardecchio,    1202 Cherrywood Apartments,    Clementon, NJ  08021
516963876     +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517175183    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:    Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
                Dallas, TX 75261-9741)
516963877     +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
516963878      PNC Bank, NA,    PO Box 3429,    Pittsburgh, PA 15230-3429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:03:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516963875       EDI: WFNNB.COM Jan 05 2018 22:58:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
517164017       EDI: Q3G.COM Jan 05 2018 22:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516997101       EDI: WFFC.COM Jan 05 2018 22:58:00      Wells Fargo Bank, N.A.,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA  92623-9657
516963879      +EDI: WFFC.COM Jan 05 2018 22:58:00      Wells Fargo Dealer Services,
                 ATTN: Correspondence - MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rex J. Roldan    on behalf of Debtor Carla M. Scardecchio roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```